In the Matter of the Application of THE CITY OF NEW YORK, Appellant, Relative to ·Acquiring Title to Real Property Required for Widening Boscobel Avenue, in the Borough of The Bronx.

GUSTAV HALPERN et al., Respondents.

(Argued December 7, 1934; decided December 31, 1934.)

*Paul Windels, Corporation Counsel* (*George S. Parsons, Anson Getman* and *Joseph F. Mulqueen, Jr.,* of counsel), for appellant.

*Harold Swain* for Gustav Halpern, respondent.

Order affirmed, with costs; no opinion.

Concur: POUND, Ch. J., CRANE, LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ.